# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 4, 2020

## NO. 03-20-00450-CV

**M. M. H.-A., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the final decree of termination signed by the district court on September 2, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.